ACCEPTED
15-25-00056-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/24/2025 2:18 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/24/2025 2:18:11 PM
CHRISTOPHER A. PRINE
Clerk

In The

Court of Appeals

Fifteenth District of Texas at Austin

No. 15-25-00056-CV

Ananias Freeney, Jr., Appellant

v.

EKRE of TX, LLC, Appellee

On Appeal from the County Court at Law Number One

Dallas County, Texas

Trial Court Cause Number CC-24-07234-A

APPELLEE'S MOTION TO DISMISS MOOT APPEAL

TAHERZADEH, PLLC
Selim H. Taherzadeh
State Bar No. 24046944
st@taherzlaw.com
15851 N. Dallas Parkway, Suite 410
Addison, Texas 75001
(469) 729-6800

April 24, 2025

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, EKRE of TX, LLC, who files this its *Motion to Dismiss Moot Appeal* and respectfully shows the Court as follows:

1. Appellee is EKRE of TX, LLC ("**Appellee**" or "**EKRE**"). Appellant is Ananias Freeney, Jr. ("**Appellant**" or "**Freeney**").

2. EKRE appears as an interested party because it is a judgment creditor for possession of real property after a trial of a forcible detainer proceeding before County Court at Law, Number One, of Dallas County, Texas under Cause Number CC-24-07234-A. On March 12, 2025, the trial court signed a *Judgment for Possession* finding Freeney guilty of forcible detainer of the property located at 1406 E. 9th Street, Dallas, Texas 75203 (the "**Property**"), and granting possession of the Property to EKRE.

3. On March 13, 2025, Freeney filed a notice of appeal, but Appellant failed to post the supersedeas bond within ten days of the date of the judgment as required by Texas Property Code section 24.007.

1

4. Since Freeney failed to supersede the judgment, EKRE obtained a writ of possession which was executed on April 16, 2025. EKRE has remained in possession of the Property since that time.

5. Since the only issue in a forcible detainer action is related to the right of immediate possession, and that issue is no longer in controversy, the appeal is now moot. As the First Court of Appeals recently stated:

> "although the failure to supersede a forcible-detainer judgment does not divest an appellant of the right to appeal, an appeal from a forcible-detainer action becomes moot if the appellant is no longer in possession of the property, unless the appellant holds and asserts 'a potentially meritorious claim of right to current, actual possession' of the property." *Martin v. Woodlake Oaks Apartments*, No. 01-24-00626-CV, 2025 WL 1107101, 2025 Tex. App. LEXIS 2544, at * 1 (Tex. App.—Houston [1st Dist.] Apr. 15, 2025, no pet. h.) *citing Marshall v. Housing Authority of the City of San Antonio*, 198 S.W.3d 782, 786-87 (Tex. 2006).

6. Under Texas Rule of Appellate Procedure 42.3(b) this Court may dismiss the appeal as there is no longer an issue in controversy, namely the right to immediate possession of the Property. The controversy between the parties ended when the Appellant failed to supersede the trial court's judgment, and the writ was executed.

2

Because this action disposed of all issues forming the basis of the appeal, this appeal should be dismissed.

## PRAYER FOR RELIEF

Appellee EKRE of TX, LLC respectfully asks this Court to dismiss Appellant's appeal as moot and to provide it with all other and further relief to which it may be entitled.

Respectfully submitted,

By: */s/ Selim H. Taherzadeh*

**TAHERZADEH, PLLC**
Selim H. Taherzadeh
st@taherzlaw.com
15851 N. Dallas Parkway, Suite 410
Addison, Texas 75001
(T) (469) 729-6800
(F) (469) 828-2772
**ATTORNEYS FOR APPELLEE**
**EKRE OF TX, LLC**

# CERTIFICATE OF SERVICE

I hereby certify that on 24th day of April 2025, a true and correct copy of the above and foregoing motion was properly forwarded to Appellant in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure as follows:

Ananias Freeney, Jr.
1406 E. 9th St.
Dallas, TX 75203
Afreeneyjr@yahoo.com

*/s/ Selim H. Taherzadeh*
Selim H. Taherzadeh

4

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michael Linke on behalf of Selim Taherzadeh
Bar No. 24046944
ml@taherzlaw.com
Envelope ID: 100052660
Filing Code Description: Motion
Filing Description: Motion to Dismiss Moot Appeal
Status as of 4/24/2025 2:23 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Estefania VilchezGarcia | | Estefania@taherzlaw.com | 4/24/2025 2:18:11 PM | SENT |
| Heather Buller | | heather@taherzlaw.com | 4/24/2025 2:18:11 PM | SENT |
| Selim HTaherzadeh | | st@taherzlaw.com | 4/24/2025 2:18:11 PM | SENT |
| Ananias Freeney | | afreeneyjr@yahoo.com | 4/24/2025 2:18:11 PM | SENT |